IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MICHAEL HOLLAWAY,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]  CV-09-BE-0561-NE |
| | ] |
| **AMRO MORTGAGE GROUP, INC.** | ] |
| **and JPMORGAN CHASE BANK** | ] |
| **NATIONAL ASSOCIATION,** | ] |
| | ] |
| **Defendants.** | |

## ORDER OF REMAND

This matter comes before the court on the Report and Recommendation Regarding Remand (doc. 9) entered November 16, 2009. No party filed any objection to the Recommendation.

The undersigned has reviewed de novo the relevant submissions in this case and controlling law, and concludes that the Report and Recommendation is due to be ACCEPTED. The Defendant JPMorgan Chase Bank National Association failed to meet its burden to establish jurisdiction in this court. Therefore, the Motion to Remand is GRANTED and this case is hereby REMANDED to the Circuit Court of Jackson County Alabama.

DONE and ORDERED this 7th day of December 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE